IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | MAGISTRATE NO. H-09-805M |
| | § | |
| MICHAEL SADOWSKI | § | |

ORDER OF DETENTION PENDING TRIAL

     In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts are established by a preponderance of the evidence or clear and convincing evidence and require the detention of the above-named defendant pending trial in this case.

Findings of Fact

[ ] A.  Findings of Fact [18 U.S.C. § 3142(e), § 3142(f)(1)].

    [ ] (1)    The defendant has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

        [ ]    a crime of violence as defined in 18 U.S.C. § 3156(a)(4).

        [ ]    an offense for which the maximum sentence is life imprisonment or death.

        [ ]    an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. ( ) § 801 et seq. ( ) § 951 et seq. ( ) § 955(a).

        [ ]    a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

    [ ] (2)    The offense described in finding 1 was committed while the defendant was on release pending trial for a federal, state or local offense.

    [ ] (3)    A period of not more than five years has elapsed since the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding 1.

    [ ] (4)    Findings Nos. 1, 2, and 3 establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community. I further find that the defendant has not rebutted this presumption.

[X]　B.　Findings of Fact [18 U.S.C. § 3142(e)]

    [X] (1)　There is probable cause to believe that the defendant has committed an offense

        [ ]　for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C.
        ( ) § 801 et seq. ( ) § 951 et seq. ( ) § 955(a).

        [ ]　under 18 U.S.C. § 924(c).

        [X]　involving a minor victim under 18 U.S.C. § 2252A.

    [X] (2)　The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

[X]　C.　Findings of Fact [18 U.S.C. § 3142(f)(2)]

    [X] (1)　Defendant is accused of knowingly receiving child pornography in violation of 18 U.S.C. §2252.

    [X] (2)　There is a serious risk that the defendant will flee.

    [X] (3)　Defendant represents a danger to the community.

    [ ] (4)　There is a serious risk that the defendant will (obstruct or attempt to obstruct justice) (threaten, injure, or intimidate a prospective witness or juror, or attempt to do so).

[X]　D.　Findings of Fact [18 U.S.C. § 3142(c)]

    [ ] (1)　As a condition of release of the defendant, bond was set as follows:

    [ ] (2)

    [X] (3)　I find that there is no condition or combination of conditions set forth in 18 U.S.C. § 3142(c) which will reasonably assure the appearance of the defendant as required.

    [X] (4)　I find that there is no condition or combination of conditions set forth in 18 U.S.C. § 3142(c) which will reasonably assure the safety of any other person or the community.

<u>Written Statement of Reasons for Detention</u>

I find that the accusations in the criminal complaint, the information submitted in the Pretrial

Services Agency report, and evidence at the detention hearing establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and by clear and convincing evidence that no conditions will assure the safety of the community.

I conclude that the following factors specified in 18 U.S.C. § 3142(g) are present and are to be taken into account:

1. Defendant is a 51 year old United States citizen born in Michigan. He has lived in the Houston area for 20 years. He is single and has no children. He has been employed as an engineer for United Space Alliance under contract to the Johnson Space Center since 1984. He has a passport and has traveled in the last several years to Italy, France, and Switzerland.

2. Defendant is charged with knowingly receiving child pornography that had traveled in interstate commerce in violation of 18 U.S.C. §2252. The charges against him have a penalty range of up to 10 years imprisonment.

3. Defendant has no known criminal history, and made no attempt to flee during the one week interval between execution of the search warrant at his residence and the date of arrest. He was also cooperative with authorities during the seizure of contraband at his home.

4. There is strong evidence that defendant purchased seven pornographic videos from an undercover postal inspector and received the videos at his residence, the address he provided at the time of ordering. A search of defendant's home discovered the seven videos, as well as over 500 images and videos depicting child pornography or child erotica on cds, dvds, videotape and photographs. Additional child pornography was discovered on his computer.

5. At the time of the search, a video camera on a tri-pod was focused on the house across the street. The camera contained video images of the female children ages 11-15 who lived in the house across the street. The complaint indicates that on at least one occasion defendant attempted contact with the girls, asking their mother whether they were interested in learning about drag racing, a hobby of his.

6. The charged offense creates a presumption that the defendant is both a flight risk and a danger to the community. Defendant has not rebutted those presumptions. The evidence shows that defendant's unhealthy interest in minors has progressed beyond digital images and video to real life.

7. There is no condition or combination of conditions of release which would assure the appearance of the defendant in court or the safety of the community. Detention is ordered.

Directions Regarding Detention

It is therefore ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with all court proceedings.

Signed at Houston, Texas, on October 15, 2009.

_____
Stephen Wm Smith
United States Magistrate Judge